**MEMO ENDORSED**

Conway C. Martindale II
The Law Office of Conway C. Martindale II
75 Maiden Lane, Suite 222
New York, New York 10038
Tel: (212) 405-2233
conwaymartindale@yahoo.com
*Attorneys for Plaintiff*

DOC # 8

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RENZER BELL,                                    Civil Action No. 07 CV 11323 (LBS)

                                    Plaintiff(s),

v.
                                                            NOTICE OF MOTION

CARLSEN MOTOR CARS, INC., CARLSEN
MOTOR CARS, L.L.C, and RICHARD
PASQUALI

                                    Defendant(s).
-----------------------------------------------------------X

*Endorsement: Defendants to file an answer to this motion by Aug. 15, 2008. So ordered. /s/ B Sand, USDJ 7/22/08*

PLEASE TAKE NOTICE, that upon the affirmation of Conway C. Martindale II,

attorney for Plaintiff will move this Court, at a time and date to be determined by this

Court at the United Stated Courthouse located at 500 Pearl Street New York, NY 10007,

before the Honorable Judge Sand, the following:

1.  Relief from Your Honor's Endorsed Judgment and Order dated June 10,

2008 in the above captioned action.

Dated: June 29, 2008
       New York, NY

                                                        _____
                                                        Conway C. Martindale II, Esq.

**MEMO ENDORSED**                                       COPIES MAILED TO ALL PARTIES