UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
RENZER BELL,                                          :

                   Plaintiff,        :       **ORDER**

  -against-                                              :       07 Civ. 11323 (LBS)

CARLSEN MOTOR CARS, INC., CARLSEN       :
MOTOR CARS, L.L.C. and RICHARD
PASQUALI,                                             :

                Defendants.        :
----------------------------------------------------------------x

SAND, J.

       The long history of Plaintiff's disregard of the Court's rulings make Plaintiff's motion for equitable relief unpersuasive.

       The motion for relief of this court's June 10, 2008 Judgment and Order is denied.

SO ORDERED.

Dated:     New York, New York
           July 31, 2008

                                        _____
                                        U.S.D.J.

COPIES MAILED TO ALL PARTIES
7-31-08